Decided December 30, 2002

KEVIN L. STROBEL *v.* ROSE LI-HWA STROBEL*

The Supreme Court docket number is SC 16898.

---

* Superseded. See *Strobel* v. *Strobel*, 267 Conn. 901, 838 A.2d 209 (2003).

*Rose Li-Hwa Strobel*, pro se, in support of the petition.

Decided December 30, 2002